John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
JNELSON@MILBERG.COM

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No. 3:24-cv-09510<br><br>**NOTICE OF APPEARANCE OF JOHN J. NELSON ON BEHALF OF PLAINTIFFS ELI SILVA AND ASHLEY GARDINER** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that John J. Nelson of Milberg Coleman Bryson Phillips Grossman PLLC hereby enters an appearance as counsel for Plaintiffs Eli Silva and Ashley Gardiner in the above-captioned matter. Please serve said counsel with all pleadings and notices in this action:

> John J. Nelson (SBN 317598)
> **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
> 401 W Broadway, Suite 1760
> San Diego, CA 92101
> Tel.:   (858) 209-6941
> JNELSON@MILBERG.COM

Dated: December 31, 2024                    MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC

                                            By /s/ *John J. Nelson*
                                               John J. Nelson (SBN 317598)

                                            Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *John J. Nelson*
John J. Nelson