1  PAUL F. RUGANI
   (SBN 342647)
2  prugani@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  2050 Main Street, Suite 1100
   Irvine, CA 92614-8255
4  Telephone:   +1 949 567 6700
   Facsimile:   +1 949 567 6710
5
   RICHARD A. JACOBSEN
6  (*pro hac vice forthcoming*)
   rjacobsen@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
8  New York, NY  10019-6142
   Telephone:   +1 212 506 5000
9  Facsimile:   +1 212 506 5151

10 CLEMENT SETH ROBERTS
   (SBN 209203)
11 croberts@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 The Orrick Building
   405 Howard Street
13 San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
14 Facsimile:   +1 415 773 5759

*Attorneys for PayPal, Inc. and PayPal Holdings, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,<br><br>Defendants. | Case No. 5:24-cv-9510<br><br>**DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br>**[Fed. R. Civ. P. 7.1; Civ. L.R. 3-15]**<br><br>Hon. Susan van Keulen |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants PayPal Holdings, Inc. and PayPal, Inc. by their counsel, state that Defendant PayPal Holdings, Inc. is the parent corporation of PayPal, Inc. and there is no publicly held corporation that owns ten percent (10%) or more of PayPal Holdings, Inc. stock.

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendants PayPal, Inc. and PayPal Holdings, Inc. certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 13, 2025

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ Paul Rugani_____
PAUL RUGANI

Attorneys for Defendants
PAYPAL, INC. and PAYPAL HOLDINGS, INC.