1
2
3
4
5
6
7

8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

9

10

| | |
|---|---|
| 11 | WENDOVER PRODUCTIONS, LLC, a Limited Liability Company; BUSINESSING, LLC, a Limited Liability Company; THE CHARISMATIC VOICE, LLC, a Limited Liability Company; CLEARVISION MEDIA, INC.; and GEAR LIVE MEDIA, LLC, a Limited Liability Company |

Case No.: 5:24-cv-9470-BLF

**[~~PROPOSED~~] ORDER GRANTING UNOPPOSED AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULES 3-12 AND 7-11**

Plaintiffs,

v.

PAYPAL, INC.,

Defendant.

ELI SILVA AND ASHLEY GARDINER, on behalf of themselves and all others similarly situated,

Case No.: 5:24-cv-09510-SVK

Plaintiffs,

v.

PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation,

Defendants.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| GamersNexus LLC, | Case No.: 5:25-cv-00114-BLF |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendant. | |
| CLAUDIA JAYNE YOUNG, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:25-cv-00124-EKL |
| Plaintiff, | |
| v. | |
| PAYPAL, INC. and PAYPAL HOLDINGS, INC., | |
| Defendant. | |
| SHONNA COLEMAN, on behalf of herself and all others similarly situated, | Case No.: 5:25-cv-00367-NC |
| Plaintiff, | |
| v. | |
| PAYPAL HOLDINGS, INC., a California Corporation, PAYPAL, INC., a California Corporation, | |
| Defendants. | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

| | |
|---|---|
| JOSE MORAN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYPAL INC. and PAYPAL HOLDINGS, INC.,<br><br>   Defendants. | Case No.: 5:25-cv-00476-SVK |
| LYON FITNESS, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYPAL HOLDINGS, INC., a Delaware Corporation, and PAYPAL, INC., a Delaware Corporation,<br><br>   Defendants. | Case No.: 5:25-cv-00501-NC |
| EDGAR OGANESYAN and MATTHEW ELY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PAYPAL, INC. and PAYPAL HOLDINGS, INC.,<br><br>   Defendants. | Case No.: 4:25-cv-00518-PHK |
| BREVARD MARKETING LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>  vs.<br><br>PAYPAL, INC and PAYPAL HOLDINGS, INC,<br><br>   Defendants. | Case No.: 5:25-cv-00573-VKD |

- 3 -

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED AMENDED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1      This matter comes before the Court on Plaintiffs' Unopposed Amended Administrative

2  Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

3      Upon consideration of the foregoing motion, the papers submitted in support, and good cause

4  appearing, the Court hereby GRANTS the motion.

5      IT IS SO ORDERED that *Silva v. PayPal*, No. 5:24-cv-09510 (N.D. Cal.), *GamersNexus LLC*

6  *v. Paypal Holdings, Inc., et al.*, No. 5:25-cv-00114 (N.D. Cal.), *Young v. Paypal, Inc., et al.*, No.

7  5:25-cv-00124 (N.D. Cal.), *Coleman v. Paypal Inc., et al.*, No. 5:25-cv-00367 (N.D. Cal.), *Moran v.*

8  *Paypal, Inc., et al.*, No. 5:25-cv-00476 (N.D. Cal.), *Lyon Fitness v. Paypal, Inc., et al.*, No. 5:25-cv-

9  00501 (N.D. Cal.), *Oganesyan, et al. v. PayPal, Inc., et al.*, No. 4:25-cv-00518 (N.D. Cal.), and

10  *Brevard Marketing v. PalPal,et al., Inc.*, No. 5:25-cv-00573 (N.D. Cal), are related to *Wendover, et*

11  *al. v. PayPal*, No. 5:24-cv-9470-BLF, (N.D. Cal.) and all cases are now assigned to the undersigned

12  Judge.

13

14  Dated: __January 17, 2025__

15  _____
    Hon. Beth Labson Freeman

16  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -